UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| versus | § | CRIMINAL H-18-278 (1) (2) |
| | § | |
| | § | |
| PRESMER LLC, and ANNSLEY POPOV, | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count **ONE OF THE INFORMATION** a presentence report is ordered.

1. By **JULY 24, 2018**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **AUGUST 7, 2018** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **AUGUST 21, 2018**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **SEPTEMBER 4, 2018** at **9:00 a.m.**. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed on May 31, 2018, at Houston, Texas.

NANCY JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Probation
AUSA: Richard Powers/Steven Schammel
Defense Counsel: Christopher Peele
Defendant is on bond.